```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

PHILIP M. ANDREWS,            :    3:03cv611(WWE)
     Plaintiff,               :
                              :
v.                            :
                              :
REGINALD ALLEN,               :
     Defendant                :
```

**ORDER OF TRANSFER**

In the interests of justice, the above-captioned case is hereby transferred to the docket of the Honorable _____ for all purposes. All future pleadings or documents in this matter should be filed with the Clerk's Office in _____ and bear the docket number 3:03cv611.  Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)].

IT IS SO ORDERED.

Dated this 27th day of October, 2003, at Bridgeport, Connecticut.


                _____/s/_____
                   Warren W. Eginton, Senior U.S. District Judge