United States District Court
District of Connecticut

DEC 2 4 2003

Andrews
vs.
Allen

Case No. 3:03CV611 (RNC)

FILED 2004 JAN -6 12: [?]
U.S. DISTRICT COURT
HARTFORD CT

Date: Dec 19th, 2003

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO Def re: Interrogatories

In the above styled complaint, Plaintiff has been served notice regarding Interrogatories and notice of time of response to said.

Plaintiff makes request for Enlargement of Time to Respond accordingly.

Philip M. Anchan, Pro-Se
Plaintiff

Motion(s) for Enlargement of Time.

Andrews vs Allen
No. 3:03 CV 611 (RNC)

1. Where-in, Plaintiff has (just) received said notice via U.S. Postal delivery's; to DOC.

2. Whereas, DOC mail receipt procedures are hampered by budgetary issues, loss of personel, changes in DOC policy, ect. which hampers (all) inmate(s) availability's to mail/court process in requested timely manner.

3. This is the first request for Enlargement for this Def's. Motion

4. Where-as, Plaintiff has apprised Court of current and ongoing Medical + correctional issues that preclude Pl. to obtain expiditious - process and submit response in requested time frame(s).

Plaintiff there by request for Enlargement of Time to Respond' to the above.

¹(4-8 wks. for receipt of mails @ DOC. CT. facility. pma)

Respectfully Submitted

Philip M. Andrews
#144452 - N-3-217 Pro-Se
Cheshire CT    Cheshire CT 06410