## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PHILIP M. ANDREWS
    Plaintiff

VS.

REGINALD ALLEN
    Defendant

:
:
:
:
:
:
:
:

CIVIL ACTION NO.
3:03CV00611 (RNC)

JANUARY 6, 2004

### APPEARANCE

    Enter my appearance as Attorney for the defendant, Reginald Allen, only, in the above-entitled case.

DEFENDANT,
REGINALD ALLEN

BY: _____
Eric P. Daigle
Fed. Bar No. ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
daigle@halloran-sage.com
His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## <u>CERTIFICATION</u>

This is to certify that on this 6th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Philip M. Andrews
44 Short Street #3
New Britain, CT 06051-1345

Eric P. Daigle

500455.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105