UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP M. ANDREWS | : | CIVIL ACTION |
| | : | NO. 3:03CV611 (RNC) |
| V. | : | |
| REGINALD ALLEN | : | JANUARY 6, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendant, Reginald Allen, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendant will be represented by Eric P. Daigle of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
REGINALD ALLEN

By /s/ Brian P. Leaming
Brian P. Leaming
HALLORAN & SAGE LLP
Fed. Bar #ct16075
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
leaming@halloran-sage.com
His Attorneys

### CERTIFICATION

This is to certify that on this 6th day of January, 2004, I hereby mailed a copy of the foregoing to:

Philip M. Andrews
#144452 - N-4-25
C.C.C.C.
900 Highland Avenue
Cheshire, CT 06640
(pro se plaintiff)

Detective Reginald Allen (via certified mail)
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

/s/ Brian P. Leaming
Brian P. Leaming

500424.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105