UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP M. ANDREWS | : | CIVIL ACTION |
| | : | NO. 3:03CV611 (RNC) |
| V. | : | |
| REGINALD ALLEN | : | JANUARY 13, 2004 |

### OBJECTION TO
### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE INTERROGATORIES AND PRODUCTION RESPONSES

The defendant, Detective Reginald Allen, respectfully objects to the plaintiff's Motion for Extension of Time in which to file his responses to Interrogatories and Production Requests solely on the basis that he failed to identify the time in which he would need to complete the necessary discovery responses. Rule 6(b) of the Federal Rules of Civil Procedure requires the identification of the specified time in which to enlarge the time period to respond.

The defendant is sympathetic to the perils of a *pro-se* inmate in providing discovery responses; however, he believes it is necessary to identify a time frame to complete such discovery compliance in order to facilitate fluent litigation of these claims. As a result, the undersigned defendant respectfully requests the plaintiff's Motion for Extension of Time be denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
REGINALD ALLEN

By _____
Eric P. Daigle
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
daigle@halloran-sage.com
His Attorneys

## CERTIFICATION

This is to certify that on this 13th day of January, 2004, I hereby mailed a copy of the foregoing Objection to Plaintiff's Motion for Extension of Time to:

Philip M. Andrews
#144452 - N-4-25
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06640

_____
Eric P. Daigle

502741.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105