United States District Court
District of Connecticut

Philip M. Andrews
Pl. Pro Se

vs

Reginald Allen,
Dfy.

Case No: 3:03CV611(RNC)

FILED

January 18, 2004

## Plaintiff's Response To Defendant's Objection To Plaintiff's Request For Ext. of Time.

Plaintiff, Philip M. Andrews, responds to Defendant's, objection To His' filing(s) for Extension of Time, to file in's Interrogatories.

Plaintiff Relied upon Courts' granting of his request, And/or time allotement(s) scheduling - granting.

In response to Defendant's motion [OBJECTION(s)] Plaintiff hereby, submits the enclosed.

PLAINTIFF'S [AMENDED] MOTION FOR EXTENSION OF TIME.

Andrews, P.    Plaintiff
      vs.    Pro-Se.
Allen, Reginald    Defendant
NO. 3:03 CV 611 (RNC)

In the above styled case, Plaintiff makes [Amended] Motion, In Response to Defendant's Objection to Plaintiff's Request(s) for Extension of Time, as follows:

1). Suspension of Process; for remaining Duration of Pl.'s present sentence of incarceration, or

2). Allowance; to Pl. "submit response(s) available now to Def, and allow Pl. to submit remaining relative-response(s) to interrogatories, upon completion of [his] present case, + sentence

3). Any length of Time Court deems 'Reasonable' under Pl. circumstances.