United States District Court
District of Connecticut

DEC 2 4 2003   23

Andrews

vs.

Allen

Case No. 3:03CV611 (RNC)

Date: Dec 19th, 2003

### Plaintiff's Motion for Enlargement of Time to Respond to Def re: Interrogatories

In the above styled complaint, Plaintiff has been served notice regarding Interrogatories ...

---

January 27, 2004.   Philip M. Andrews v. Reginald Allen
                    Case Number 3:03CV1611(RNC)

RE: Motion for Extension of Time [Doc. #23]

Granted. Pro se plaintiff will answer the interrogatories on or before April 30, 2004. The court also enters the following schedule: All discovery, including all discovery relating to expert witnesses, will be completed (not propounded) by October 30, 2004. No dispositive motion will be filed unless a prefiling conference is requested. Any request for a prefiling conference must be submitted in the form of a letter to the court (with copies to all counsel of record or pro se parties) briefly describing the nature and basis of the proposed motion. All dates set forth in this order are firm and will be extended only for good cause. The good cause standard requires a particularized showing that despite due diligence, the party seeking the extension could not comply with this order. Because of the importance of the discovery deadline to the entire schedule, motions to extend the discovery deadline will be viewed with disfavor. A motion to extend the discovery deadline will not be granted unless the movant shows that discovery was commenced promptly and pursued with due diligence in a good faith effort to comply with the deadline established by this order. So ordered.

Robert N. Chatigny, U.S.D.J.