UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP M. ANDREWS | : | CIVIL ACTION |
| | : | NO. 3:03CV611 (RNC) |
| V. | : | |
| REGINALD ALLEN | : | JANUARY 29, 2004 |

## MOTION FOR LEAVE OF COURT
## TO DEPOSE THE PLAINTIFF

Pursuant to the Federal Rule of Civil Procedure 30(a)(2), the undersigned defendants hereby request leave of this Court to depose the plaintiff, **Philip M. Andrews**, who is presently confined to prison. More particularly, the plaintiff is confined to **Cheshire Correctional Institution**, which is located at **900 Highland Avenue in Cheshire, CT** and he is assigned Inmate # 144452

The undersigned defendants propose taking the deposition of the plaintiff on a date and time mutually agreed to by the parties and convenient for the Connecticut Department of Corrections.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
REGINALD ALLEN

By /s/ Eric P. Daigle
Eric P. Daigle
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
daigle@halloran-sage.com
His Attorneys

## CERTIFICATION

This is to certify that on this 29th day of January, 2004, I hereby mailed a copy of the foregoing to:

Philip M. Andrews
#144452 -
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06640
(pro se plaintiff)

/s/ Eric P. Daigle
Eric P. Daigle

509635.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105