

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| PHILIP M. ANDREWS | : | CIVIL ACTION |
| | : | NO. 3:03CV611 (RNC) |
| V. | : | |
| REGINALD ALLEN | : | JANUARY 29, 2004 |

## MOTION FOR LEAVE OF COURT TO DEPOSE THE PLAINTIFF

Pursuant to the Federal Rule of Civil Procedure 30(a)(2), the undersigned defendants hereby request leave of this Court to depose the plaintiff, **Philip M. Andrews**, who is presently confined to prison. More particularly, the plaintiff is confined to **Cheshire Correctional Institution**, which is located at **900 Highland Avenue in Cheshire, CT** and he is assigned Inmate # 144452

The undersigned defendants propose taking the deposition of the plaintiff on a date and time mutually agreed to by the parties and convenient for the Connecticut Department of Corrections.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105