FILED

2004 MAR 10 A 11: 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| PHILIP M. ANDREWS,<br>*Plaintiff* | : | PRISONER CASE<br>Civil No. 3:03CV611 (RNC) |
| VS. | : | |
| REGINALD ALLEN,<br>*Defendant* | : | March 05, 2004 |

## MOTION TO ADD DEFENDANT

The Plaintiff, Philip Andrews, *pro se*, respectfully moves that the City of Hartford be added as a Defendant in this case, pursuant to the attached Addition to More Definite Statement. The Plaintiff's claim against the City of Hartford is brought pursuant to Conn. Gen. Stat. §7-465. The Plaintiff cannot prove, and therefore does not allege, any corporate misconduct by the City.

The Plaintiff is a prison inmate, in the custody and control of the Connecticut Department of Correction. The Plaintiff filed this action *pro se*, without assistance from legal counsel. Prior to commencing this action, the Plaintiff gave due and timely notice to the City of Hartford of his intention to commence this action, in accordance with Conn. Gen. Stat. §7-465. The Plaintiff did not understand the need to expressly designate the City of Hartford as a defendant in this action.

In view of the notice already given, the City of Hartford cannot be surprised or prejudiced by being formally added as a Defendant. On information and belief, counsel for the Defendant in this action is employed pursuant to an insurance policy which also provides for representation and indemnification of the City of Hartford. Conn. Gen. Stat. §7-465 expressly contemplates representation of the individual Defendant and City by the same attorney. No factual or legal issues will be added to this action, unless the Defendant denies the sufficiency or timeliness of the notice pursuant to §7-465, which the Plaintiff does not anticipate. If such is denied, determinating the sufficiency or timeliness of the notice will not require extensive evidence. Addition of the City will benefit both the Plaintiff and the original Defendant, Reginald Allen, the latter by potentially affording him indemnity pursuant to state statute, and will enable this Court to provide full justice to all parties in this matter.

In the event that no Appearance is filed on behalf of the Defendant, City of Hartford, the Plaintiff further moves that service be effected in accordance with his status *in forma pauperis*, previously granted by this Court.

Respectfully submitted,

X _____
Philip Andrews, Plaintiff, *pro se*
Inmate # 144452
Cheshire CI
900 Highland Avenue
Cheshire, CT  06410

I hereby certify that a true copy of the foregoing was mailed on March ✓, 2004, to:

Atty. Eric P. Daigle
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103

*Philip M. Andrews*
Philip Andrews
Inmate # 144452
Cheshire CI
900 Highland Avenue
Cheshire, CT   06410