*03CV611(mtv)amd*

**FILED**

2004 MAR 10  A 11: 31

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PHILIP M. ANDREWS, <br> *Plaintiff* | : | PRISONER CASE <br> Civil No. 3:03CV611 (RNC) |
| | : | |
| VS. | : | |
| | : | |
| REGINALD ALLEN, <br> *Defendant* | : | March *25*, 2004 |

**MOTION TO ADD DEFENDANT**

The Plaintiff, Philip Andrews, *pro se*, respectfully moves that the City of Hartford be

added as a Defendant in this case, pursuant to the attached Addition to More Definite Statement.

**May 11, 2004.**
Endorsement Ruling
<u>Andrews v. Allen</u>, No. 3:03-CV-611(RNC), Motion to Add Defendant [Doc. # 32]

Denied without prejudice.  Plaintiff seeks to add the City of Hartford as a
defendant in order to hold it jointly liable for the conduct of the named
defendant, Hartford Police Officer Reginald Allen, under Conn. Gen. Stat. §
7-465.  The City objects on the ground that plaintiff failed to provide the
City Clerk with timely and specific notice of his claim as required by the
statute. See <u>Fraser v. Henninger</u>, 173 Conn. 52, 55-56 (1977); <u>Martyn v.</u>
<u>Donlin</u>, 148 Conn. 27, 32 (1961).  There is an undated "Notice/Affidavit" in
the record in which plaintiff states his intention to file a claim against
the City, but nothing indicates where this notice was directed, and neither
Officer Allen's name nor the date of the alleged incident is included.  This
notice does not satisfy the purpose of the statutory requirement, which is to
provide sufficient notice so that appropriate officials can make a timely
investigation.  See <u>Fraser</u>, 173 Conn. at 55-56.  Plaintiff may file a renewed
motion to add the City provided he has some proof that he filed a notice of
his intent to sue the City with the City Clerk within six months after the
April 18, 2001 incident.  Any such motion must be filed and served on or
before June 10, 2004, and must be accompanied by a copy of whatever proof
plaintiff has that he filed a timely notice.  So Ordered.

Robert N. Chatigny, U.S.D.J.