UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUL -7 A 8:30
U.S. DISTRICT COURT
HARTFORD, CT.

ANDREWS, P.
    Plaintiff, Pro-Se

CASE: 3:03CV611RNC)

vs.

REGINALD ALLEN
    Defndant

Date: July 4, 2004

## MOTION FOR COURT ORDER FOR DISCLOSURE OF EVIDENCE

In the above styled complaint, Plaintiff has requested infprmation relative to [H]is complaint.

Plaintiff has received no response to these request. Plaintiff, therefore requests court intervention for order to disclose evidence to said Plaintiff.

Respectfully,

*[signature]*, Pro-Se

**Request(s) For Evidence:**                    ANDREWS  V. ALLEN
                                                3:03611(RNC)

1  CITY OF HARTFORD, HPD. (57 JENNINGS ROAD, HARTFORD, CT. 06102.

   Record(s), communications, transcripts regarding HPD street crimes
   division operations on 5/7/96/ at 12:00 to 1:00 pm. (R. Allen,
   M. Fallon/Supervisor, E. Laureano, Mark Castagna, et al).

   Records, communications, transcripts regarding the HPD for the
   Date(s0 of 4/18/01/. On Park and Washington Streets, Htfd, CT.
   at approximately 12:00 to 1:00 pm EST.

   Records/Files, transcripts communications regarding any Terry-
   Stop information protocols for these above dates.

   Records , files, transcripts for the Police Civilian Review Board
   meetings for: April 10, 2001.(CITY OF HTFD, HUMAN RELATIONS DIV.)

   Record(s), transcripts concerning the above Defendant (R.Allen)
   petition for arrest(s), warrents informations,,ect.

2  STATE OF CT. SUPERIOR COURT. = (CLERKS,STATES ATTY, P. DEF, PROBAT

       Transcripts of all files concerning these issues listed
   within the states attorneys office (Prosecutor() associated
   with said cases/issues.

   File transcripts of pre-sentence discussions, (4/19/10/. AS
   well ]the] sentencing transcripts for said; (august, 2001).

   Copy/transcript s) of state pre-sentencing report(s). Dept.
   of Probation.

   Transcript copies of the cas, Satate of CT, (E.Htfd, CT), vs.
   Reginald Allen, (Assault) in the GA-District of Manchester, CT.

   Transcript copies of sentnecing of Defendant (Allen) and stated
   penaltys invoked.

   Copys of State Of CT. Probationary requirement(s), and [early]
   release of said, Allen. (Date)?

CITY OF HARTFORD, CORPORATION COUNSEL.

Record(s), and file/copies of petitioner, ANDREWS filing(s), of "NOTICE" TO SUIT.. CITY OF HARTFORD, REGINALD ALLEN, HPD, BRUCE MARQUES, MAYOR ED PEREZ, ET AL.

                                        P. ANDREWS VS. ALLEN
                                        NOTICE TO SUIT
                                        TO CITY CLERK OFF,
                                        550 MAIN STREET
                                        HARTFORD, CT. 06103

Cc; FILEpma

6/30/04/.

**NOTICE**

THIS IS TO CERTIFY THAT A COPY OF THE ENCLOSED WAS MAILED FIRST-
CLASS US POSTAGE TO THE FOLLOWING:


ATTORNEY E. DIAGLE, Esq.
HALLORAN AND SAGE, LLP.
125 ASYLUM STREET
HARTFORD, CT.   06103
1 GOODWIN SQUARE.


Respectfully,

Philip M. Andrews,
55 Spring Street
Suite # 304
c/O Bullopk, Poa
NEW Britain, CT,
(860) 225-1038 - Home
        335-5682 cell
        982 4/022

Cc;file/pma

6/3/0/04.