

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP M. ANDREWS | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:03CV611 (RNC) |
| | : | |
| V. | : | |
| | : | |
| REGINALD ALLEN | : | |
| Defendant | : | AUGUST 5, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

The undersigned, on behalf of the defendant, Reginald Allen, respectfully requests an enlargement of time of sixty (60) days from August 4, 2004 to and including October 3, 2004 in which to respond and/or object to the plaintiff's first set of Interrogatories and Requests for Production.

On July 8, 2004, defendant's counsel received a voluminous packet from the pro se plaintiff, Philip M. Andrews. This packet appeared to be responsive to defendant's pending Request for Production served on the plaintiff on December 8, 2003. On August 4, 2004, counsel for the undersigned was reviewing the packet of materials when it was found to contain multiple motions and what appeared to be Interrogatories and Requests for Production from the plaintiff. These Interrogatories and Requests for Production were contained within transcripts, medical records and other miscellaneous documents. The document entitled "Plaitniff's Interrogatories and Requests for Production" was dated June 10, 2004 and contained no certification page as to the date of service on

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105