UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANDREWS, P.
    Plaintiff, Pro-Se

                                 :   CASE:   3:03CV611RNC)

vs.                                   :

REGINALD ALLEN
    Defndant                           :   Date: July 4, 2004

**MOTION FOR COURT ORDER FOR DISCLOSURE OF EVIDENCE**

    In the above styled complaint, Plaintiff has requested infprmation relative to [H]is complaint.

    Plaintiff has received no response to these request. Plaintiff, therefore requests court intervention for order to disclose evidence to said Plaintiff.

                                               Respectfully,

                                               Wilson M. Andrews, Pro-Se

*[Handwritten margin note, left side:]* August 11, 2004. Treating this as a motion to compel, it is hereby denied for failure to comply with Local Rule 37(a)(2). So ordered. Robert N. Chatigny, U.S.D.J.

*[Stamps:]* FILED 2004 AUG 11 U.S. DISTRICT COURT HARTFORD, CT.; FILED 2004 JUL -7 A 8:30 U.S. DISTRICT COURT HARTFORD, CT.