UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHILIP M. ANDREWS | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:03CV611 (RNC) |
| | : | |
| V. | : | |
| | : | |
| REGINALD ALLEN | : | |
|     Defendant | : | SEPTEMBER 24, 2004 |

### STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
PHILIP M. ANDREWS

BY _____
Philip M. Andrews
Pro Se

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

THE DEFENDANT
REGINALD ALLEN

By _____
Eric P. Daigle
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com
His Attorneys

**CERTIFICATION**

This is to certify that on this 24th day of September, 2004, a copy of the foregoing Stipulation to Dismiss was mailed, postage prepaid, to:

Philip M. Andrews
55 Spring Street
Suite #304
New Britain, CT 06051-1972
(pro se plaintiff)

_____
Eric P. Daigle

596994.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105